UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Laura Matta<br>Plaintiff<br><br>V.<br><br>Defendant<br>Plaza Associates, Inc. | CIVIL ACTION<br><br>NO. 1:11-CV-10635-MLW |

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice and without costs.

Dated this __15__ day of __June, 2011_____.


Attorney for Plaintiff

*[signature]*

Attorney for Defendant